UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL ANI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ERIC H. HOLDER, JR.,<br>　Attorney General of the United States,<br><br>　　　　Defendant. | No. 3:10-cv-02972-CRB<br><br>Honorable Charles R. Breyer<br><br>[PROPOSED] ORDER<br>DISMISSING COMPLAINT<br>WITHOUT PREJUDICE |

　　　　PURSUANT TO STIPULATION, IT IS SO ORDERED that the above captioned case is hereby dismissed without prejudice.

Dated:  February 18, 2011

*[Signature: Judge Charles R. Breyer — IT IS SO ORDERED, seal of United States District Court, Northern District of California]*